UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K.I.S.S. PHARM LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BECKER PROFESSIONAL DEVELOPMENT CORPORATION,<br><br>    Defendant. | No. 18-cv-07848<br><br>Judge Andrea R. Wood |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local Rule 83.17, listed attorney Jahnisa T. Loadholt ("Loadholt") hereby respectfully applies to this Court to withdraw as counsel for Becker Professional Development Corporation ("Defendant") and hereby notifies the parties and the Court of her intent to withdraw as counsel for Defendant in this matter, and states as follows:

1. On March 3, 2020, Loadholt filed her Motion for Leave to Appear Pro Hac Vice on behalf of Defendant in this matter. (Dkt. No. 54).

2. On March 9, 2020, the Court granted Loadholt's Motion for Leave to Appear Pro Hac Vice on behalf of Defendant in this matter. (Dkt. No. 56).

3. Loadholt actively represented Defendant in this matter since March 9, 2020.

4. As of the date of this Motion, Loadholt is no longer employed by Alston & Bird LLP and no longer will be representing Defendant in this matter before this Court.

5. Loadholt's withdrawal will not cause any prejudice or delay in this case. Lead Counsel Terance A. Gonsalves of Alston & Bird LLP will continue to represent Defendant in this

matter. As such, all parties continue to have active counsel in their representation who will not require any additional time to review or acclimate to the absence of Loadholt as counsel.

WHEREFORE, Loadholt respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Loadholt has so withdrawn.

By: */s/ Terance A. Gonsalves*
Terance A. Gonsalves (IL. Bar No. 6272295)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: 404-881-7000
E-mail: terance.gonsalves@alston.com

Sean R. Crain (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Ave #2300,
Dallas, TX 75201
Phone: 214-922-3400
E-mail: sean.crain@alston.com

AND

Andrew R. Greene
ASG Law LLC
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
Phone: 312-858-3325
Email: agreene@asglawfirm.com

*Attorneys for Defendant Becker Professional Development Corporation*

## **CERTIFICATE OF SERVICE**

I, Terance A. Gonsalves, an attorney, hereby certify that on March 8, 2021, I caused a true and correct copy of the foregoing **Motion to Withdraw as Counsel for Defendant** to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ *Terance A. Gonsalves*